# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 12, 2021

## NO. 03-19-00626-CV

**Appellant, Gerard Harrison // Cross-Appellant, Jack D. Maroney, Appellant**

**v.**

**Appellee, Jack D. Maroney // Cross-Appellee, Gerard Harrison, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on August 23, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.